UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| JOHN DOE,<br><br>Petitioner,<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>Respondent. | No. 26-1206 |

**CERTIFICATE LISTING AND DESCRIBING THE DOCUMENTS AND OTHER MATERIALS IN THE RECORD ON PETITION FOR REVIEW OF A FINAL ORDER OF THE SECURITIES AND EXCHANGE COMMISSION**

Pursuant to Federal Rule of Appellate Procedure 17(b)(1)(B), the Securities and Exchange Commission certifies that the documents and other materials set forth below comprise the record on which the Commission's order denied the whistleblower award claim of petitioner John Doe ("Claimant #3").[1] *See* 17 C.F.R. § 240.21F-13(b).

[1] On September 10, 2026, this Court granted petitioner's motion requesting leave to proceed under the pseudonym "John Doe" and for all filings, captions, and proceedings in this matter to refer to petitioner as "John Doe (Claimant #3)."

The Commission has not identified for inclusion in the record on appeal any materials that exclusively concern claimants other than Claimant 3 whose claims were addressed in the same order because those materials were not the basis of the Commission's decision to deny an award to Claimant 3. Moreover, with certain exceptions, the Commission is prohibited from disclosing any information that could reasonably be expected to reveal the identity of a whistleblower. *See* 15 U.S.C. § 78u-6(h)(2)(A).[2]

| **Doc. No.** | **Description** |
|---|---|
| **I.** | **THE NOTICE OF COVERED ACTION** |
| 1. | Notice of Covered Action No. [redacted], Notice of Covered Action: [redacted] Archive, Commission Office of the Whistleblower ([redacted]) available at https://www.sec.gov/enforcement-litigation/whistleblower-program/whistleblower-program-notices-covered-action?combine=&year=[redacted]&month=All. |
| 2. | Complaint, [redacted] |
| 3. | Final Judgment as to Defendant [redacted] |

[2] Two non-parties to this appeal were granted awards for Covered Action No. [redacted]. *See* Doc. No. 14. Identifying information for those claimants has been redacted from Doc. Nos. 8, 9, 11, 13, and 14 in accordance with 15 U.S.C. § 78u-6(h)(2)(A).

4. Final Judgment as to Defendant [redacted]

5. Final Judgment as to Defendant [redacted]

## II. WHISTLEBLOWER AWARD CLAIM OF CLAIMANT 3

6. Form WB-APP Application for Award for Original Information Submitted Pursuant to Section 21F of the Securities Exchange Act of 1934, with attachment, submitted by Claimant 3, dated [redacted].

## III. MATERIALS CONSIDERED IN ISSUING THE PRELIMINARY DETERMINATION AS TO CLAIMANT 3

7. Form TCR (ID No. [redacted]), with attachment, submitted on behalf of Claimant 3 on [redacted].

8. Declaration of [redacted], Attorney, Commission Division of Enforcement, dated [redacted] ("[redacted]").

## IV. THE PRELIMINARY DETERMINATION

9. Preliminary Determination of the Claims Review Staff, Notice of Covered Action No. [redacted], with cover letter, dated [redacted].

V. **RESPONSE BY CLAIMANT 3 TO THE PRELIMINARY DETERMINATION**

10. Confidentiality Agreement between Claimant 3 and the Commission Office of the Whistleblower, signed [redacted] ("Confidentiality Agreement").

11. Letter from Commission Office of the Whistleblower to Claimant 3 enclosing [redacted] and Confidentiality Agreement, dated [redacted].

12. Claimant 3's Request for Reconsideration of the Preliminary Determination of the Claims review Staff, with exhibit, dated [redacted].

VI. **ADDITIONAL MATERIALS CONSIDERED IN ISSUING THE FINAL ORDER AS TO CLAIMANT 3**

13. Declaration of [redacted], Attorney, Commission Division of Enforcement, dated [redacted].

VII. **THE FINAL ORDER**

14. Order Determining Whistleblower Award Claims, Securities Exchange Act of 1934 Release No. 105828, Whistleblower Award Proc. File No. 2026-33, with cover letter, dated July 1, 2026.

For the Commission, by its Secretary, pursuant to delegated authority.

Stephanie J. Fouse
Assistant Secretary

Dated: September 14, 2026

## CERTIFICATE OF SERVICE

I certify that on September 14, 2026, I electronically filed the foregoing document with the Clerk of the Court for the U.S. Court of Appeals for the District of Columbia Circuit by using the Court's secure Box.com file repository.

I further certify that on the same date I caused the foregoing document to be served on petitioner's counsel via email.

*/s/ Ezekiel L. Hill*
Ezekiel L. Hill

Dated: September 14, 2026