# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** JOHN DOE (Claimant #3)

v.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

**Case No:** 26-1206

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◉ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ◉ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

JOHN DOE (Claimant #3)

### Counsel Information

Lead Counsel: Andrew D. Herman, The Herman Law Firm, 1099 14th St NW, 8th Flr W, Washington, DC 20005

Direct Phone: (202) 441-5144 Fax: ( ) - Email: andrew@thehermanlawfirm.com

2nd Counsel: Bryan A. Wood

Direct Phone: (617) 665-7979 Fax: ( ) - Email: bryan@pugsleywood.com

3rd Counsel: Mark W. Pugsley

Direct Phone: (617) 665-7979 Fax: ( ) - Email: mark@pugsleywood.com

Firm Name: Pugsley Wood LLP

Firm Address: 53 State Street, Suite 500, Boston, MA 02109

Firm Phone: (617) 665-7979 Fax: ( ) - Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)